[No. 29726-1-I.      Division One.      October 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE EVERETTE CHASEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02114-3, James A. Noe, J., entered November 26, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Agid, JJ.

[No. 28080-5-I.      Division One.      October 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS WILLIAM CATTEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04284-3, Jerome M. Johnson, J., entered March 5, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Becker, JJ.

[No. 16117-6-II.      Division Two.      October 21, 1994.]

*In the Matter of the Marriage of* SHIRLEY HADALLER, *Respondent, and* DENNIS HADALLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 89-3-00315-7, David R. Draper, J., entered May 8, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.